**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Heather Theresa Stayman and Sean Patrick Kearney, Jr.,
Defendants,

Of whom Heather Theresa Stayman is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2021-000545

———————————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

———————————

Unpublished Opinion No. 2021-UP-310
Submitted August 20, 2021 – Filed August 26, 2021

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

Virginia Ann Mullikin, of Mullikin Law Firm, LLC, of Camden, for Respondent.

Heather Marie Moore, of Axelrod & Associates, PA, of Myrtle Beach, for the Guardian ad Litem.

_____

**PER CURIAM:**  Heather Theresa Stayman appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Stayman's counsel.

**AFFIRMED.**[1]

**KONDUROS, HILL, and HEWITT, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.